IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

RONALD CURRY,

      Appellant,

 v.

Case No. 5D22-2008
LT Case No. 2010-CF-009187-D-O

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed October 21, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Ronald Curry, Orlando, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      The appellant, Ronald Curry, continues to raise the same claim of

error, which has been considered on the merits, disposed of by the trial court,

and reviewed in this court on multiple occasions. The continuous attempts

by this appellant to revisit this issue are frivolous and an abuse of this court's process.

As such, the appellant is cautioned that any further pro se pleadings filed in this court asserting the claim raised in this case and regarding the sentence imposed in Orange County Circuit Case No. 2010-CF-009187-D-O may result in *Spencer* sanctions being imposed. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT WARNED.

COHEN, SASSO and WOZNIAK, JJ., concur.